# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN WAYNE FELDMANN,

               Plaintiff,

vs.

VALLEY HOSPITAL, et al.,

               Defendants.

Case No. 2:14-cv-00014-GMN-NJK

**ORDER**

       This matter is before the court on Plaintiff Steven Wayne Feldmann's Application to Proceed *In Forma Pauperis* (Docket No.1) filed January 2, 2014. Plaintiff has requested authority, pursuant to 28 U.S.C. § 1915, to proceed *in forma pauperis,* and submitted a Complaint. This proceeding was referred to this court by Local Rule IB 1-9.

       Plaintiff has submitted an incomplete Application to Proceed *In Forma Pauperis.* Plaintiff has not responded fully to question 2– namely, he states that he receives Social Security disability payments, but does not state the amount received from this source during the past twelve months. Docket No. 1, at 2.[1] In his response to question 2, Plaintiff also states, "Mother to my Mother." *Id*. The Court is unable to discern the meaning of this statement, including whether Plaintiff is trying to state that he receives money from his mother. If so, he fails to state the amount received. Additionally, in response to question 4, Plaintiff states that he has no interest in real estate, stocks, bonds, etc., but then proceeds to state that he has "dockets/deeds," and a judgment. *Id*. These statements are contradictory and do not fully respond to question 4. Further, Plaintiff responded to question 7 by stating that he has placed property, assets or money in the name or custody of another, but fails to properly describe the property, assets or money, and

---

[1] In response to question 6, Plaintiff states that he receives disability payments, but the amount is illegible. Nonetheless, the response to question 6 still does not fully respond to question 2.

fails to give the name of the person to whom he has given custody of the item or the reason for the transfer. *Id*. Finally, Plaintiff has signed an acknowledgment and financial certificate stating that he is currently incarcerated, but has failed to provide the Court a recent (within the past six months) signed financial certificate by an authorized officer of the institution in which he is incarcerated, a copy of his inmate trust account statement, or a signed financial affidavit as required by 28 U.S.C. §1915(a)(2) and Local Rule LSR 1-2. As a result, the Court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and his Application will be denied without prejudice. The Clerk of Court shall retain the Complaint.

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Docket No. 1) is DENIED WITHOUT PREJUDICE. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **February 5, 2014,** in which to submit the completed application or pay the $400.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

2. The Clerk of Court shall retain Plaintiff's Complaint.

Dated this 6th day of January, 2014.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE