UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Steven Wayne Feldmann, | ) |
| Plaintiff, | ) Case No.: 2:14-cv-00014-GMN-NJK |
| vs. | ) |
| | ) **ORDER** |
| Valley Hospital, *et al*., | ) |
| Defendants. | ) |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Nancy Koppe, (ECF No. 7), which states that this action should be dismissed with prejudice due to *pro se* Plaintiff Steven Wayne Feldmann's failures to update his address and comply with a Court Order.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*.  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has expired.

Accordingly,

1     **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 7), is
2  **ADOPTED** in full.
3     **IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.
4  The clerk shall enter judgment accordingly and close the case.
5     **DATED** this 6th day of October, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court